# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-05033-GW (JPRx) | Date | October 26, 2017 |
|---|---|---|---|
| Title | United States of America v. Kenneth Patten | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Charles A. Rojas | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

      On October 11, 2017, an Order to Show Cause for Lack of Prosecution [ DKT. 9 ] was issued for the following reason: Failure to comply with FRCP 4(m), requiring plaintiff(s) to serve the summons and complaint upon all defendants within 90 days after filing the complaint.

      Plaintiff was given until October 25, 2017 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

                                                                                                  :

| | Initials of Preparer | CR |
|---|---|---|